# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s) | CASE NUMBER |
| v. |  |
| Defendant(s). | **ORDER/REFERRAL TO ADR PROGRAM** |

IT IS HEREBY ORDERED THAT this case shall be

☐ ordered to the Attorney Settlement Officer Panel for an early settlement conference to be completed no later than _____. Within ten (10) days, plaintiff shall: obtain the consent of the Attorney Settlement Officer who will conduct the settlement conference; telephonically notify the ADR Program Office (213-894-2993) of the consent; and file form ADR-2, Stipulation Regarding Selection of Attorney Settlement Officer. If the parties have not selected and obtained the consent of an Attorney Settlement Officer within ten (10) days, one shall be randomly assigned by court. Forms and a list of Attorney Settlement Officers are available on the court's website located at www.cacd.uscourts.gov. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled settlement conference.

☐ ordered to the Attorney Settlement Officer Panel for a Local Civil Rule 16-15 Settlement Conference. Within ten (10) days, plaintiff shall: obtain the consent of the Attorney Settlement Officer who will conduct the settlement conference; telephonically notify ADR Program Office (213-894-2993) of the consent; and file form ADR-2, Stipulation Regarding Selection of Attorney Settlement Officer. If the parties have not selected and obtained the consent of an Attorney Settlement Officer within ten (10) days, one shall be randomly assigned by the court. Forms and a list of Attorney Settlement Officers are available on the court's website located at www.cacd.uscourts.gov. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled settlement conference.

☐ ordered to a private mediator based upon a stipulation of the parties. The settlement proceeding is to be completed no later than _____

☐ other _____

The Court hereby directs the parties to complete the following discovery before engaging in the settlement conference or mediation _____

The Court further sets a status conference on _____

Dated: _____

United States District Judge

ADR–12 (04/10)  **ORDER / REFERRAL TO ADR PROGRAM**