JS - 6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRUSADER INSURANCE COMPANY, as subrogee of its insured, San Vaccaro dba Coin Laundry,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CINGULAR WIRELESS, LLC, ERICSSON INC., SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., and DOES 1 through 50,<br><br>　　　　　Defendants.<br>_____<br>NEW CINGULAR WIRELESS PCS, LLC,<br><br>　　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>MAGNOLIA PLAZA, 627,<br><br>　　　　　Third-Party Defendant<br>_____ | **Case No. CV 09-2141 GAF (PLAx)**<br><br>**JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS**:

　　1. That New Cingular take nothing by virtue of its third-party complaint in this action;

JS - 6

2. That Magnolia Plaza take nothing by virtue of its third-party counterclaim in this action;

3. That each party to bear its own costs and attorney's fees.

DATED:  January 10, 2011

_____
Gary Allen Feess
United States District Judge

2